# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| CASE SEALED: ○YES ●NO | DOCKET NUMBER: 3:25-cr-184-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| CASE NAME | :US vs | EUGENIO FLORES FLORES |
| COUNTY OF OFFENSE | : | MECKLENBURG |
| RELATED CASE INFORMATION | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| SERVICE OF PROCESS | : | ARREST WARRANT |

U.S.C. CITATIONS *(Mark offense carrying greatest weight):*   ○ Petty   ○ Misdemeanor   ● Felony

21 U.S.C. § 841(a)(1)  21 U.S.C. § 846

| | | |
|---|---|---|
| JUVENILE: | ○ Yes ● No | |
| ASSISTANT U. S. ATTORNEY | : | SARA KINLAW and William Bozin |
| VICTIM/WITNESS COORDINATORS: | | |
| INTERPRETER NEEDED | : | N/A |
| LIST LANGUAGE AND/OR DIALECT: | | |
| REMARKS AND SPECIAL INSTRUCTIONS: | | |

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 3:25-cr-00184-KDB-SCR    Document 1-2    Filed 07/15/25    Page 1 of 1