# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Eugenio Flores Flores

Case Number: 3:25-cr-184-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 U.S.C § 846 | 10 years | 10 years to life and/or a maximum fine of $10 million; not more than 5 years of supervised release |
| 2 | 21 U.S. Code § 841(a)(1) | 10 years | 10 years to life and/or a maximum fine of $10 million; not more than 5 years of supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?    ☐ YES   ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?    ☐ YES   ☒ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    ☐ YES   ☒ NO

\* 18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH

☐ DISCHARGE