UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-cr-160-RBD-RMN<br>6:25-mj-1784-LHP | DATE: | July 23, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | Etienne Van Hissenhoven |
| UNITED STATES OF AMERICA<br>v.<br>EUGENIO FLORES-FLORES | | LANGUAGE: | Spanish |
| | | ASSISTANT U.S. ATTORNEY: Diane Hu | |
| | | DEFENSE COUNSEL: Aisha Nash | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Edward Jackson |
| TIME 1:55-2:20 | TOTAL: 25 mins | PRETRIAL: | Estefania Vega-Romero |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT (as to 6:25-cr-160-RBD-RMN)**

(✓)   Case called; appearances taken; procedural setting by the Court.

(✓)   The Interpreter was previously sworn on another matter this afternoon.

(✓)   The Court inquired of the Defendant regarding competency.

(✓)   The Defendant was advised of Rule 5c rights.

(✓)   The Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓)   Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓)   The Defendant was advised of the charge(s) and penalties in the charging document.

(✓)   The Defendant waived formal reading of the Indictment and entered a plea of not guilty.

(✓)   The Court received the plea. Scheduling Order entered.

(✓)   No issues as to identity.

(✓)   Oral motion by the Government for (✓) Detention ( ) Release

(✓)   Oral motion for continuance of ( ) detention hearing ( ) preliminary hearing by ( ) Defendant ( ) Government.

(✓ )   Defendant reserves the right to a detention hearing without prejudice.

(✓)    The Court granted the (✓) oral motion for detention ( ) for release. Order entered.

(✓)     Order of Removal and Commitment to be entered once the Middle District of Florida case is resolved.