# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:25-mj-01784-LHP-1

| | |
|---|---|
| Case title: USA v. Flores Flores | Date Filed: 07/23/2025 |
| | Date Terminated: 12/16/2025 |

Assigned to: Magistrate Judge Leslie Hoffman Price

**Defendant (1)**

| | | |
|---|---|---|
| **Eugenio Flores Flores**<br>*Spanish interpreter required*<br>*TERMINATED: 12/16/2025* | represented by | **Aisha Ashley Nicole Nash**<br>Federal Public Defender<br>Middle District of Florida<br>201 South Orange Avenue<br>Suite 300<br>Orlando, FL 32801<br>407-648-6338<br>Email: aisha_nash@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE, 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Bianca Sahni Bansal**<br>DOJ-USAO<br>400 W. Washington St.<br>Suite 3100<br>Orlando, FL 32801<br>407-648-7561<br>Email: bianca.bansal@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2025 | 1 | Arrest pursuant to Rule 5(c)(2) of Eugenio Flores Flores from the Western District of North Carolina. (ECJ) (Entered: 07/23/2025) |
| 07/23/2025 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 7/23/2025 as to Eugenio Flores Flores from the Western District of North Carolina. Appearance entered by Aisha Ashley Nicole Nash for Eugenio Flores Flores on behalf of defendant. (DIGITAL) (Interpreter/Language: Etienne VanHissenhoven/Spanish) (ECJ) (Entered: 07/24/2025) |
| 07/23/2025 | 4 | **ORDER appointing Spanish interpreter in this case for all further proceedings as to Eugenio Flores Flores. Signed by Magistrate Judge Leslie Hoffman Price on 7/23/2025. (ECJ)** (Entered: 07/24/2025) |
| 07/23/2025 | 5 | ORAL MOTION to Appoint Counsel by Eugenio Flores Flores. (ECJ) Modified filed date on 7/24/2025 (ECJ). (Entered: 07/24/2025) |
| 07/23/2025 | 6 | **ORDER granting 5 Oral Motion to Appoint Counsel as to Eugenio Flores Flores (1). The Federal Public Defender is appointed to represent the defendant in this case in this district. Signed by Magistrate Judge Leslie Hoffman Price on 7/23/2025. (ECJ)** (ECJ). (Entered: 07/24/2025) |
| 07/23/2025 | 7 | ***CJA 23 Financial Affidavit by Eugenio Flores Flores. (ECJ) (Entered: 07/24/2025) |
| 07/23/2025 | 8 | WAIVER of Rule 5 & 5.1 Hearings hearing by Eugenio Flores Flores. (ECJ) (Entered: 07/24/2025) |
| 07/23/2025 | 9 | ORAL MOTION for Detention by USA as to Eugenio Flores Flores. (ECJ) (Entered: 07/24/2025) |
| 07/23/2025 | 10 | **ORDER granting 9 Oral Motion for Detention as to Eugenio Flores Flores (1). The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date. Signed by Magistrate Judge Leslie Hoffman Price on 7/23/2025. (ECJ)** (Entered: 07/24/2025) |
| 12/16/2025 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Western District of North Carolina as to Eugenio Flores Flores. Signed by Magistrate Judge Leslie Hoffman Price on 12/16/2025. (ECJ)** (Entered: 12/16/2025) |
| 12/16/2025 | 12 | **COMMITMENT TO ANOTHER DISTRICT as to Eugenio Flores Flores. Defendant committed to the Western District of North Carolina. Signed by Magistrate Judge Leslie Hoffman Price on 12/16/2025. (ECJ)** (Entered: 12/16/2025) |

| | |
|---|---|
| | PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (ECJ) (Entered: 12/16/2025) |