# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>EUGENIO FLORES FLORES<br><br>Defendant | )<br>)<br>) Case No. 3:25-cr-184-KDB<br>)<br>) |

RECEIVED
UNITED STATES MARSHAL
1:09 pm, Jul 16 2025
WESTERN NORTH CAROLINA
CHARLOTTE

FILED
Charlotte
Jan 14 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EUGENIO FLORES FLORES,

who is accused of an offense or violation based on the following document filed with the court:
☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

Date: 7/15/2025

_Issuing officer's signature_

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
_Printed name and title_

---

### Return

This warrant was received on *(date)* 12/16/25, and the person was arrested on *(date)* 12/16/2025
at *(city and state)* Orlando, FL.

Date: 12/16/2025

_Arresting officer's signature_

J. Hernandez JcO
_Printed name and title_